**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6249**

———————

BYRON H. MOOREHEAD,

Plaintiff - Appellant,

versus

B. A. BLEDSOE, Warden,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Glen E. Conrad, District Judge. (CA-05-59-GEC)

———————

Submitted:  July 27, 2005          Decided:  August 3, 2005

———————

Before KING, GREGORY, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Bryon H. Moorehead, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Byron H. Moorehead appeals the district court's order denying relief on his Bivens[*] complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Moorehead v. Bledsoe, No. CA-05-59-GEC (W.D. Va. Feb. 2, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). Moorehead filed a petition under 28 U.S.C. § 2241 (2000), which the district court properly construed as a Bivens action.